UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS HILL,

    Plaintiffs,

v.                                         Case No. 13-11713

UNITED STATES OF AMERICA,

    Defendant.
_____/

ORDER GRANTING STIPULATION TO STAY CASE
AND ADJOURN DEADLINES FOR 30 DAYS

On October 3, 2013, the parties submitted a stipulation requesting that the court stay the case and adjourn all case deadlines for 30 days in light of the partial government shutdown. That same day, the court issued an "Order Requiring Clarification," directing Defendant to explain whether the attorney responsible for the case had been furloughed. Defendant complied with this order on October 4, 2013, and the court thanks Defendant for its explanation. Accordingly,

IT IS ORDERED that this case will be stayed and all case deadlines will be adjourned for 30 days. IT IS FURTHER ORDERED that Defendant will file a statement informing the court once the attorney responsible for this matter has been reinstated.

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: October 8, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 8, 2013, by electronic and/or ordinary mail.

                                                     s/Lisa Wagner
                                                     Case Manager and Deputy Clerk
                                                     (313) 234-5522

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS HILL,

    Plaintiff,

v.

    Case No. 2:13-cv-11713-RHC-MJH

UNITED STATES OF AMERICA,

    HON. ROBERT H. CLELAND
    M. J. MICHAEL J. HLUCHANIUK

    Defendant.

_____/

## STIPULATION TO STAY CASE AND ADJOURN DEADLINES

Plaintiff, Douglas Hill, and Defendant, United States of America, as shown by the signature of their counsel below, stipulate as follows:

1.    At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. It is not known when funding will be restored by Congress.

2.    Absent an appropriation, most Department of Justice attorneys involved in civil litigation are prohibited from working, even on a voluntary basis, except in very limited circumstances.

3.      In light of the unavailability of the government counsel, the parties stipulate to a stay of the case for 30 days, until November 2, 2013, and to an adjournment of all other deadlines in the case for 30 days.

SO STIPULATED.

| LAW OFFICE OF CY WEINER | BARBARA L. McQUADE<br>United States Attorney |
|---|---|
| */s/ Nicholas Marchenia* (with consent)<br>NICHOLAS MARCHENIA (P73169)<br>Attorney for Plaintiff<br>20750 Civic Center Drive – Ste. 590<br>Southfield, Michigan  48076<br>(248) 351-2200<br>nmarchenia@cweinerassociates.com | */s/ Theresa Urbanic*<br>THERESA URBANIC (P68005)<br>Assistant U.S. Attorney<br>Attorney for Defendant<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226-3211<br>(313) 226-9778<br>theresa.urbanic@usdoj.gov |

Dated: October 3, 2013