UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS HILL,

    Plaintiffs,

v.                                                    Case No. 13-11713

UNITED STATES OF AMERICA,

    Defendant.
                                                        /

**ORDER REINSTATING PRIOR DISCOVERY DEADLINES**

On October 8, 2013, the court issued an order granting the parties' request to adjourn all case deadlines for 30 days in light of government counsel's furlough status. [Dkt. #17]  On October 18, 2013, the government informed the court that the attorney in charge of this case had been reinstated.  Because the furlough was limited to a few days, no good reason exists for case deadlines to remain delayed by 30 days.  Accordingly,

IT IS ORDERED that the court's prior scheduling order [Dkt. #13] is reinstated.

                                                 s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: October 22, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 22, 2013, by electronic and/or ordinary mail.

                                                 s/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522